FILED
CLERK, U.S. DISTRICT COURT

4/15/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

CORAL DENISE NETTLES,

    Plaintiff,

v.

WEST VALLEY DETENTION CENTER,

    Defendant.

NO. EDCV 14-288-MWF (AGR)

ORDER RE DISMISSAL

On November 5, 2014, the magistrate judge filed a Report recommending that Defendant's motion to dismiss be granted and Plaintiff's civil rights complaint be dismissed for failure to state a claim but with leave to amend. (Dkt. No. 26.) On February 13, 2015, the Court accepted the Report's findings and recommendation and gave Plaintiff leave to amend the complaint within 30 days of the date of entry of the Court's order (March 16, 2015). The Court admonished Plaintiff that if she failed to file a First Amended Complaint by the March 16, 2015 deadline, the action would be subject to dismissal for failure to state a claim. (Dkt. No. 33.)

Plaintiff has not filed a First Amended Complaint. Accordingly, the action is DISMISSED with prejudice.

DATED: ___April 15, 2015___

_____
MICHAEL W. FITZGERALD
United States District Judge