JS-6

FILED
CLERK, U.S. DISTRICT COURT

4/15/2015

CENTRAL DISTRICT OF CALIFORNIA
BY: ___CW___ DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORAL DENISE NETTLES,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>WEST VALLEY DETENTION CENTER,<br><br>　　　　Defendant. | NO. EDCV 14-288-MWF (AGR)<br><br>JUDGMENT |

　　　Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

　　　IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: April 15, 2015

_____
MICHAEL W. FITZGERALD
United States District Judge