UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORAL DENISE NETTLES,<br><br>　　Plaintiff,<br><br>　　　v.<br><br>WEST VALLEY DETENTION CENTER,<br><br>　　Defendant. | NO. EDCV 14-288-MWF (AGR)<br><br><br>ORDER RE DISMISSAL |

　　On February 20, 2014, Plaintiff filed a civil rights complaint. On May 13, 2014, Defendant filed a motion to dismiss based in part on failure to state a claim. On November 5, 2014, the magistrate judge filed a Report recommending that Defendant's motion to dismiss be granted but with leave to amend. (Dkt. No. 26.) On February 13, 2015, the Court accepted the findings and recommendation of the magistrate judge and gave Plaintiff 30 days from February 13, 2015 to file a First Amended Complaint ("FAC"). (Dkt. No. 33.) On April 15, 2015, when Plaintiff had not filed a FAC, the court dismissed the complaint with prejudice and entered judgment on April 16, 2015. (Dkt. Nos. 34-35.) Plaintiff did not appeal.

　　On July 1, 2015, Plaintiff filed a letter that the court construed as a motion to vacate the judgment pursuant to Fed. R. Civ. P. 60(b). Plaintiff stated that she

had been transferred to another facility and apparently had not received the Court's February 13 order "until it was to[o] late."

On July 16, 2015, the Court granted Plaintiff's motion and vacated the dismissal order and judgment. The Court gave Plaintiff 30 days from the date of entry of its order to file a FAC that cured the deficiencies described in the magistrate judge's Report. The Court admonished Plaintiff that if she failed to file a timely FAC, the complaint would be subject to dismissal. (Dkt. No. 37.)

The deadline for Plaintiff to file a FAC was August 17, 2015. Plaintiff has not filed a FAC. Accordingly, the action is DISMISSED with prejudice.

DATED: October 13, 2015

_____
MICHAEL W. FITZGERALD
United States District Judge