# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| CORAL DENISE NETTLES,<br><br>    Plaintiff,<br><br>  v.<br><br>WEST VALLEY DETENTION CENTER,<br><br>    Defendant. | NO. EDCV 14-288-MWF (AGR)<br><br>JUDGMENT |

    Pursuant to the Order Accepting Findings and Recommendation of United States Magistrate Judge,

    IT IS ADJUDGED that this action is dismissed with prejudice.

DATED: October 13, 2015

                                        MICHAEL W. FITZGERALD
                                        United States District Judge